UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NASSR A.[1], | Case No. 23-10320 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| COMMISSIONER OF SOCIAL SECURITY, | David R. Grand |
| | United States Magistrate Judge |
| Defendant. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING**
**THE MAGISTRATE JUDGE'S JANUARY 10, 2024**
**<u>REPORT AND RECOMMENDATION (ECF No. 16)</u>**

Currently before the Court is Magistrate Judge David R. Grand's January 10, 2024 Report and Recommendation on the parties' cross-motions for summary judgment. (ECF Nos. 10, 14, 16). Magistrate Judge Grand recommends denying Defendant's motion, granting Plaintiff's motion and remanding this case for further proceedings consistent with the Report and Recommendation. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate

---

[1] As noted in the Report and Recommendation, the Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The Court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 16) and **REMANDS** the case for further proceedings consistent with the Report and Recommendation and this Order.

**SO ORDERED**.

Date: January 29, 2024              s/ F. Kay Behm
                                    F. Kay Behm
                                    United States District Judge